UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 4:12-cv-00076-RH-WCS

SHAWNA SAPP, on her own behalf and
others similarly situated,
    Plaintiff,

v.

GALO ENTERPRISES d/b/a Subway, a
Florida corporation,
    Defendant.
_____/

## DEFENDANT GALO ENTERPRISES' RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant, GALO Enterprises provides the following corporate disclosures and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties.

    I.    Corporate Disclosures.
           N/A

    II.    Interested Parties.
           1. GALO Enterprises, Inc., d/b/a Subway
           2. Counsel for all parties involved in the litigation
           3. All Plaintiffs in the litigation

Dated this 18th day of April, 2012.

*[signature]*

Kristi Miller Novonglosky, Attorney for Defendant
Florida Bar No. 0182044
The Law Office of Kristi Miller Novonglosky PA
Post Office Box 1129
Chipley, Florida 32428
Telephone: (850) 638-7587
Facsimile: (850) 638-3409
knovonglosky@panhandle.rr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing Answer to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record and mailed by United States Postal Service, first-class, postage prepaid a paper copy of the same document to counsel of record on this 18th day of April, 2012. Counsel of record is as follows:

Camar R. Jones, Esquire
Shavitz Law Group, PA
1515 S. Federal Hwy, Suite 404
Boca Raton, Florida 33432
Facsimile: (561) 447-8831

                                      Respectfully submitted,

                                      *[signature]*

Kristi Miller Novonglosky
Attorney for Defendant
Florida Bar No. 0182044
The Law Office of Kristi Miller Novonglosky PA
Post Office Box 1129
Chipley, Florida 32428

Telephone:  (850) 638-7587
Facsimile:  (850) 638-3409
knovonglosky@panhandle.rr.com